UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21629-CIV-JORDAN

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PUIG, INC., et al., | ) |
| | ) |
|     Debtors. | ) |
| _____ | ) |
| | ) |
| PUIG, INC., | ) |
| | ) |
|     Plaintiff-Appellee | ) |
| | ) |
| MICHAEL J. ROSENBAUM | ) |
| FIELDSTONE LESTER SHEAR & | ) |
| DENBERG, LLP, | ) |
| | ) |
|     Defendants-Appellants | ) |
| _____ | ) |

### ORDER

I am not sure that an order denying a motion to disqualify counsel is a final order. Accordingly, by June 24, 2008, the appellants shall file a memorandum of law (1) articulating their position as to the finality of the order, and (2) alternatively requesting leave to appeal from an interlocutory order. The appellee shall file a response no later than July 8, 2008.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of June, 2008.

/s/ Adalberto Jordan
Adalberto Jordan
United States District Judge

cc:    All counsel of record.