UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21629-CIV-JORDAN

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PUIG, INC., et al., | ) |
| | ) |
| Debtors. | ) |
| _____ | ) |
| | ) |
| PUIG, INC., | ) |
| | ) |
| Plaintiff-Appellee | ) |
| | ) |
| MICHAEL J. ROSENBAUM | ) |
| FIELDSTONE LESTER SHEAR & | ) |
| DENBERG, LLP, | ) |
| | ) |
| Defendants-Appellants | ) |
| _____ | ) |

## Order

The appellants' unopposed motion to abate the appeal [D.E. 4] is GRANTED. All proceedings are stayed through July 21, 2008. If the bankruptcy court has not approved the settlement by then, the appellants' brief will be due July 28, 2008.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of June, 2008.

_____
Adalberto Jordan
United States District Judge

cc:   All counsel of record.